# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| RETURN MAIL, INC., | ) ) ) | Case No. 11-130C |
| Petitioner, | ) ) |  |
| v. | ) ) |  |
| UNITED STATES, | ) ) |  |
| Respondent. | ) ) |  |

**MOTION TO SUBSTITUTE**
**ATTORNEY OF RECORD**

JOSEPH M. MERCADANTE hereby moves the Court to be substituted as Petitioner's Attorney of Record in the above-styled case.  Per RCFC 83.1(c)(4) the following are provided:

1.  An Affidavit by Joseph M. Mercadante stating that he has been retained as attorney in this matter.  (*See* Exhibit 1 attached hereto.)

2.  The written consent for substitution of attorney by the previous attorney of record.  (*See* Exhibit 2 attached hereto.)

WHEREFORE, Joseph M. Mercadante moves that the Court recognize him as the attorney of record.

*/s/ Joseph M. Mercadante*
Joseph M. Mercadante
FABRICANT LLP
411 Theodore Fremd Avenue,
 Suite 206 South
Rye, New York  10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796
Email: jmercadante@fabricantllp.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Return Mail, Inc.'s Motion to Substitute Attorney of Record was sent by electronic mail to counsel for USPS on this 3rd day of June, 2022.

*Via Email: shahar.harel@usdoj.gov*
Shahar Harel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C.  20530


　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph M. Mercadante*
　　　　　　　　　　　　　　　　　　　　　Joseph M. Mercadante